# United States Bankruptcy Court
## Middle District of North Carolina

In re **William Jonathan Penninger / Lisa Marie Penninger**, Debtor(s)

Case No. **10-52061**
Chapter **7**

# MOTION TO CONVERT A CASE UNDER CHAPTER 7 TO A CASE UNDER CHAPTER 13

Pursuant to 11 U.S.C. § 706, the above-named Debtor(s) requests that this court enter an Order converting this case under Chapter 7 to a case under Chapter 13 of the Bankruptcy code (title 11 of the United States Code), on the grounds set forth below.

1. On **October 29, 2010**, the above-named Debtor(s) filed a Voluntary Petition under Chapter 7 of the Bankruptcy Code.

2. This case has not been previously converted under 11 U.S.C. § 1112, § 1208, or § 1307.

WHEREFORE, Debtor(s) prays for an Order converting this case under Chapter 7 to Chapter 13 of the Bankruptcy Code.

Date **July 14, 2011**  Signature **/s/ William Jonathan Penninger**
**William Jonathan Penninger**
Debtor

Date **July 14, 2011**  Signature **/s/ Lisa Marie Penninger**
**Lisa Marie Penninger**
Joint Debtor

Attorney **/s/ Robert F. McLaughlin**
**Robert F. McLaughlin 7875**

**Robert F. McLaughlin, Attorney at Law**
**122 N. Ellis St.**
**Salisbury, NC 28144**
**(704) 633-2020**
**Fax: (704) 633-4053**
**mclaughr@bellsouth.net**